THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN R. ADKINS AND TERESA M. ADKINS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign company,<br><br>Defendant. | Case No. 2:23-cv-01538-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES AND AMEND CASE SCHEDULE<br><br>*Clerk's Action Required* |

THIS MATTER has come before the undersigned Judge of United States District Court for the Western District of Washington. The parties appeared by and through their respective attorneys and the Court has reviewed the file and considered the following evidence:

1. Stipulated Motion to Extend Deadlines and Amend Case Schedule;

**IT IS HEREBY ORDERED AS FOLLOWS:**

☐ Stipulated Motion to Extend Expert Testimony Deadline and Discovery Completion Date is hereby **DENIED** in its entirety;

☐ Stipulated Motion to Extend Expert Testimony Deadline and Discovery Completion Date is hereby **GRANTED** in its entirety.

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES AND AMEND
CASE SCHEDULE (NO. 2:23-cv-01538-RSM)
- 1

Christopher M. Walsh
POLI, MOON & ZANE, PLLC
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com

The Clerk shall issue a new Case Schedule Order setting the Parties' Expert Testimony Deadline of August 16, 2024, and Discovery Completion Deadline of October 16, 2024.

DATED this 17th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

POLI, MOON & ZANE, PLLC

By: /s/Christopher M. Walsh
Christopher M. Walsh, WSBA # 59454
*Attorney for Plaintiffs Justin and Teresa Adkins*
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES AND AMEND
CASE SCHEDULE (NO. 2:23-cv-01538-RSM)
- 2

Christopher M. Walsh
POLI, MOON & ZANE, PLLC
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **[PROPOSED ORDER] GRANTING STIPULATED MOTION TO EXTEND DEADLINES AND AMEND CASE SCHEDULE,** by the method indicated below and addressed to the following:

| *Counsel for Defendants* <br> Bullivant Houser Bailey, PC <br> Joseph D. Hampton <br> Danielle N. McKenzie <br> 925 Fourth Avenue, Suite 3800 <br> Seattle, WA 98104 <br> 206-292-8930 <br> Joseph.hampton@bullivant.com <br> Danielle.mckenzie@bullivant.com | ☐ U.S. Mail   ☐ Overnight <br> ☐ Hand Delivery   ☒ E-mail/E-Service <br> ☐ Facsimile   ☐ Messenger |
|---|---|

Signed this 16th day of July, 2024, at Berkeley, California.

*/s/Chelsea Piel*
Chelsea Piel, Paralegal

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES AND AMEND CASE SCHEDULE (NO. 2:23-cv-01538-RSM) - 3

Christopher M. Walsh
POLI, MOON & ZANE, PLLC
P.O. Box 6915
Tacoma, WA 98417
(206) 704-5653
cwalsh@pmzlaw.com